Order entered October 12 , 2012



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-12-00666-CR

### JAMES MATTHEW SIMMONS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F10-41217-Y**

## ORDER

The Court **GRANTS** court reporter Sharon Hazlewood's September 25, 2012 request for an extension of time to file the reporter's record. We **ORDER** Ms. Hazlewood to file the record in this appeal by **NOVEMBER 1, 2012**. Because the record is already more than two months overdue, no further extensions will be granted. If the record is not filed by the date specified, the Court will utilize the available remedies to obtain the record, which may include ordering that Sharon Hazlewood not sit as a court reporter until the record is filed in this appeal.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Michael Snipes, Presiding Judge, Criminal District Court No. 7; Sharon Hazlewood,

Official Court Reporter, Criminal District Court No. 7; and to counsel for all parties.

DAVID L. BRIDGES
JUSTICE